

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00562-CV

Virley-Leroy **SESSION**,
Appellant

v.

**RIATA LAND ASSOCIATION HOMEOWNERS, INC.**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 21-2100-CV-E
Honorable Heather H. Wright, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. We order all costs of this appeal to be taxed against appellant, Virley-Leroy Session.

SIGNED November 23, 2022.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice